IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. CR 12-00077 EJD; CR 09-00097 JW |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |
| vs. | ) ) | |
| CLEMENTE HERNANDEZ-GARCIA, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, May 14, 2012, shall be continued to Monday, June 4, 2012, at 1:30 p.m.

It is further ordered that 21 days may be excluded from the time within which trial shall commence in case CR 12-00077 EJD, as the reasonable time necessary for continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: May  8 , 2012

_____
HON. EDWARD J. DAVILA
United States District Judge