JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant CLEMENTE HERNANDEZ-GARCIA

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CLEMENTE HERNANDEZ-GARCIA,<br><br>  Defendant. | CASE NO.  CR 12-00077 EJD<br>            CR-09-00097 JW<br>STIPULATIONS OF THE PARTIES TO CONTINUE STATUS CONFERENCE DATE AND [PROPOSED] ORDER RE SAME. |

Plaintiff United States of America and Defendant Clemente Hernandez-Garcia hereby jointly stipulate to request that the Court continue the next hearing in this case, from July 2, 2012, to July 30, 2012, at 1:30 p.m.

This request is made by Attorney Jerry Fong, who was just appointed as the new counsel for Mr. Hernandez-Garcia on June 25, 2012. Mr. Fong will be gone (out of state) on vacation from July 1, 2012, to July 18, 2012, thereby not available to appear on July 2, as presently scheduled. In addition, he will need some additional time to become familiar with this case so that he can participate meaningfully in the status conference.

The parties jointly request that the Court continue the hearing from July 2, 2012 to July 30, 2012, at 1:30 p.m., and that the time from July 2 to July 30, 2012, be excluded from

the Speedy Trial calculations, for effective assistance of counsel.

DATED: June 26, 2012                Respectfully submitted,


                                    _____/S/_____
                                    JERRY Y. FONG, Attorneys for Defendant
                                    CLEMENTE HERNANDEZ-GARCIA


DATED: June 26, 2012                Respectfully submitted,


                                    _____/S/_____
                                    SAUSA ANN MARIE URSINI, Attorneys for
                                    Plaintiff UNITED STATES OF AMERICA


## [~~PROPOSED~~] ORDER AS MODIFIED

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the status conference in this case shall be continued from July 2, 2012, to August 27, 2012 at 1:30 p.m., for effective assistance of counsel (due to new appointment and new counsel's scheduling conflict). Time between July 2, 2012 and August 27, 2012 shall be excluded accordingly, for Speedy Trial purposes and calculation. It is so ordered.


DATED: 6/27/2012                    _____
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT

2
STIPULATION TO CONTINUE STATUS CONFERENCE & PROPOSED ORDER RE SAME